IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | Civil Action 2:11-cv-00569 |
| v. | : | |
| Seventeen Thousand One Hundred Fourteen and 00/100 Dollars in United States Currency, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

## Order

The parties have settled this action. The Clerk of Court is DIRECTED to close this case.

s/ Mark R. Abel
United States Magistrate Judge