```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

UNITED STATES OF AMERICA,         :
                                  :
       Plaintiff,             :    C-2-11-569
                                  :    JUDGE SARGUS
  v.                              :    Magistrate Judge Abel
                                  :
SEVENTEEN THOUSAND ONE HUNDRED    :
FOURTEEN AND 00/100 DOLLARS       :
($17,114.00) IN UNITED STATES     :
CURRENCY,                         :
                                  :
       Defendant.             :

## JUDGMENT AND DECREE OF FORFEITURE

    This Court, having been fully advised, entered the Settlement Agreement on May 24, 2012, by and between the United States and Claimant Kenneth Lee Neece, and being otherwise fully advised finds:

    1.   That this Court has jurisdiction under 28 U.S.C. §1345 and 1355 over the subject matter and the parties, and the United states' Verified Complaint herein states a claim for which relief may be granted;

    2.   That process was duly issued in this cause and public notice of this forfeiture action against the Defendant Currency was given as required by law;

    3.   That the Claim of Kenneth Lee Neece was settled by entry of the Settlement Agreement on May 24, 2012, in full settlement of this matter;

4. That the interest of any and all other potential parties has been defaulted for failure to timely file a claim or other pleading within the time provided by law;

5. That based upon the pleadings and representations of the parties, there was probable cause for the seizure of the Defendant Currency pursuant to 21 U.S.C. §881(a)(6).

6. That pursuant to the Settlement Agreement approved by this Court and entered on May 24, 2012, the parties have agreed that $8,614.00 in United States currency shall be released to Kenneth Lee Neece in full settlement of his claim.

7. That pursuant to the Settlement Agreement approved by this Court and entered on May 24, 2012, the parties have agreed that $8,500.00 in United States currency shall be forfeited to the United States and all right, title, and interest in and to said United States currency vests in the United States of America.

NOW THEREFORE, based upon the above findings and the Settlement Agreement of the parties; it is hereby **ORDERED, ADJUDGED, AND DECREED:**

1. That $8,500.00 in United States currency is hereby forfeited to the United States of America pursuant to 21 U.S.C. §881(a)(6).

2. That any and all claims by Kenneth Lee Neece to the $8,500.00 in United States currency are denied as a result of the Settlement Agreement entered on May 24, 2012.

    3.    That any and all claims and interest in and to the above described forfeited Defendant Currency is forever closed and barred and that no right, title, or interest in the forfeited currency shall exist in any party other than the United States of America.

    4.    That the United States Marshals Service is instructed to return the $8,614.00 in United States currency to Kenneth Lee Neece according to the terms of the Settlement Agreement and to dispose of the remaining $8,500.00 in United States currency as proved by law.

    IT IS SO ORDERED this **11** day of **June**, 2012.


*s/ Mark R. Abel*
HONORABLE MARK R. ABEL
UNITED STATES MAGISTRATE COURT JUDGE